**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**August 27, 2009**

Mr. Jess L. Askew, III
Mr. Benjamin David Brenner
Williams & Anderson, PLC
111 Center Street, Suite 2200
Little Rock, AR 72201-2413

Robert L. Vogel
Vogel, Slade and Goldstein, LLP
5225 Wisconsin Avenue, NW, Suite 502
Washington, DC 20015-2034

  Re: *United States, ex rel. v. Lorinda McMillan*, 3:03-CV-00353-WRW

Dear Counsel:

I'm all eyes and ears -- where are your dispositive motions that were to be filed two weeks ago?

Please advise today.

            Cordially,

            /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc: Other Counsel of Record