IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA
ex rel. LORINDA MCMILLAN                                                         PLAINTIFF

V.                                      3:03CV00353-WRW

LIFETIME MEDICAL SUPPLY, INC.,
RUSSELL "TONY" CROWELL, TERRY
CARR and GREENBEAR HEALTHCARE                                        DEFENDANTS

ORDER

This matter came before the Court for hearing on August 24, 2010. The United States of America appeared by and through its counsel, Assistant United States Attorney Shannon Smith. Relator Lorinda McMillian appeared in person and through her counsel, Benjamin D. Brenner of Williams & Anderson PLC. Prior to the hearing, the Court excused defendants Lifetime Medical Supply, Inc., Russell "Tony" Crowell, and Terry Carr from appearing. Defendant Greenbear Healthcare did not appear. Having considered and heard the Relator's Motion for Release of Relator's Share of Recovered Funds, the Court finds:

1.      Relator's oral motion for release of a relator's share of thirty-percent (30%) of the proceeds recovered by the United States from defendant Lifetime Medical Supply, Inc. is GRANTED. Based on the Consent Judgment submitted by the parties, approved by the Court, and entered of record in this case,[1] the Court finds that the United States recovered $134,057.95 from defendant Lifetime Medical Supply, Inc. as a direct result of the Relator's prosecution of this lawsuit. Pursuant to 31 U.S.C. § 3730(d)(2), the Court orders that Relator receive a share of thirty-percent (30%) of the recovered funds, for a total award of $40,217.39.

---

[1] *See* Docket Entry No. 66.

   2. The Court further finds that the funds recovered from defendant Lifetime Medical Supply, Inc. are in the possession of the United States, and specifically are in the possession of the Center for Medicare and Medicaid Services ("CMS").  The CMS and the United States are directed to release the Relator's share of the recovered funds to the Relator within forty-five (45) days of the entry of this Order.

   3. This case is dismissed with prejudice.

  IT IS SO ORDERED, ADJUDGED AND DECREED this 26th day of August, 2010.


               /s/Wm. R. Wilson, Jr.
             UNITED STATES DISTRICT JUDGE